```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 16980
    ALVIN JOHNSON
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0112


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/30/2008 and was not confirmed.

    The case was dismissed without confirmation 09/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL         CURRENT MORTG         .00           .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE         .00           .00           .00
ARONSON FURNITURE         NOTICE ONLY    NOT FILED            .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER      303.94           .00           .00
MCI                       UNSEC W/INTER  NOT FILED            .00           .00
ARONSON FURNITURE         UNSEC W/INTER      162.98           .00           .00
MCI COMMUNICATIONS        UNSEC W/INTER  NOT FILED            .00           .00
TCF BANK                  UNSEC W/INTER  NOT FILED            .00           .00
FRANSHON JACKSON          NOTICE ONLY    NOT FILED            .00           .00
EMMA JOHNSON              NOTICE ONLY    NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      319.01           .00           .00
WASHINGTON MUTUAL         MORTGAGE NOTI  NOT FILED            .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,373.00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------       --------------
TOTALS                       .00                    .00



            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 16980 ALVIN JOHNSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 16980 ALVIN JOHNSON